UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **GARY MONBELLY** | **CASE NO. 2:24-CV-00078** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLIED UNIVERSAL PROTECTION SERVICES ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 85] of the Magistrate Judge, recommending that the Motion for Leave to File Amended Complaint [doc. 41] be granted in part and denied in part.

The Report and Recommendation of the Magistrate Judge having been considered together with the Objections to Report and Recommendations [doc. 90], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [doc. 41] is **DENIED** insofar as it attempts to allege causes of action for constructive discharge under Title VII, HIPPA violations, and state-law general tort liability.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint [doc. 41] is otherwise **GRANTED**, and that Gary Monbelly file into the record within 14 days a revised version of the proposed amended complaint that excludes all new claims and allegations of constructive discharge under Title VII, HIPPA violations, and state-law general tort liability.

**THUS DONE AND SIGNED** in Chambers on this 6th day of August, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**